# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ZODIAC SEATS US, LLC, | § § | |
| Plaintiff, | § § | **CIVIL ACTION NO. 4:17-CV-410** |
| | § § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| v. | § § | |
| SYNERGY AEROSPACE CORPORATION, AEROVIAS DEL CONTINENTE AMERICANO, S.A. – AVIANCA, and OCEANAIR LINHAS AEREAS, S.A., | § § § § § § § § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 29, 2018, the report of the Magistrate Judge (Dkt. #27) was entered containing proposed findings of fact and recommendations that Plaintiff's request to dismiss Defendant Aerovias del Continente Americano S.A. – Avianca, as stated in the Notice of Dismissal (Dkt. #25) be **GRANTED**.

Having received the report of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Plaintiff's request to dismiss Defendant Aerovias del Continente Americano S.A. – Avianca, as stated in the Notice of Dismissal (Dkt. #25) is **GRANTED**.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Defendant Aerovias del Continente Americano S.A. – Avianca is **DISMISSED** from this action. Each party shall bear its own costs.

The Clerk is directed to remove Defendant Aerovias del Continente Americano S.A. – Avianca from this civil action.

**IT IS SO ORDERED**.

**SIGNED this 31st day of January, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE